IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. FREE,  )
    Appellant,  ) Civil Action No. 11-1161
        )
    v.  )
        )
JAMES R. WALSH, ET AL.,  )
    Appellees.  )

## ORDER

AND NOW, this 13th day of October, 2011, upon review of Appellant's Motion for Leave to Submit Designation of the Record and Statement of Issues Nunc Pro Tunc [document #8], IT IS HEREBY ORDERED that the motion is GRANTED and Appellant shall file immediately the Statement of Issues Complained of on Appeal and the Designation of the Record attached to Appellant's Motion.

IT IS FURTHER ORDERED that Appellant's Motion to Extend Time to File a Brief [document #3] is GRANTED in that Appellant shall file his brief on or before November 14, 2011. Appellees shall their file their briefs on or before November 28, 2011. Any Reply brief from Appellant shall be filed on or before December 12, 2011. NO FURTHER EXTENSION WILL BE GRANTED.

IT IS FURTHER ORDERED that Appellees' Motion to Dismiss Appeal [document #6] is DENIED WITHOUT PREJUDICE as moot.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record